RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
ADEN KAHSSAI
Assistant Federal Public Defender
Nevada State Bar No. 15581
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Aden_Kahssai@fd.org

Attorney for Jesus Antonio Gomez-Parra

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     v.<br><br>JESUS ANTONIO GOMEZ-PARRA,<br><br>            Defendant. | Case No. 2:24-cr-00030-JCM-EJY<br><br>**STIPULATION TO CONTINUE CHANGE OF PLEA HEARING**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Justin J. Washburne, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Aden Kahssai, Assistant Federal Public Defender, counsel for Jesus Antonio Gomez-Parra, that the Change of Plea Hearing currently scheduled on April 11, 2024, be vacated and continued to a date and time convenient to the Court, but no sooner than two (2) weeks.

This Stipulation is entered into for the following reasons:

1. Defense counsel has a scheduling conflict with the current hearing date.
2. The defendant is in custody and agrees with the need for the continuance.
3. The parties agree to the continuance.

1     This is the first request for a continuance of the change of plea hearing.

2     DATED this 27th day of March, 2024.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| By */s/ Aden Kahssai*<br>ADEN KAHSSAI<br>Assistant Federal Public Defender | By */s/ Justin J. Washburne*<br>JUSTIN J. WASHBURNE<br>Assistant United States Attorney |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JESUS ANTONIO GOMEZ-PARRA,<br><br>　　　　　Defendant. | Case No. 2:24-cr-00030-JCM-EJY<br><br>**ORDER** |

　　　IT IS THEREFORE ORDERED that the change of plea hearing currently scheduled for April 11, 2024 at 10:00 a.m., be vacated and continued to  April 29, 2024  at the hour of  10:00 a.m.  ; or to a time and date convenient to the court.

　　　DATED March 28, 2024.

　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

3